**PAYAM FAKHARARA**
California State Bar No. 330336
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Payam_Fakharara@fd.org

Attorneys for Ms. Rios

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ELIZABETH UGARTE RIOS,<br><br>　　　　　　　　Defendant. | CASE NO.:   24-MJ-2979-DEB-1<br><br>Hon. Daniel E. Butcher<br><br>**UNOPPOSED MOTION TO MODIFY BOND CONDITIONS AND EXHIBIT A (UNDER SEAL)** |

## I.   Introduction

The Court set bond conditions for Ms. Rios for a $30,000 personal appearance bond secured by the signatures of two financially responsible and related adults and a $3,000 cash deposit. Dkt. 9.

Ms. Rios submits this unopposed motion for a modification and asks that the Court set bond conditions as follows: **$50,000 personal appearance bond secured by the signature of one financially responsible and related adult and a $5,000 cash deposit**. All other conditions would remain the same.

Defense counsel has conferred with the assigned Assistant United States Attorney about this Motion. The government does not oppose this request.

Additionally, the parties agree that Bernard Rios, Ms. Rios's stepfather, qualifies as the surety to meet the modified bond conditions. Ms. Rios submits

Bernard Rios's surety packet under seal as Exhibit A to this Motion. Ms. Rios requests the Court accept Bernard Rios as the surety for the modified bond conditions and to order Ms. Rios released based on the modified bond.

## II. Discussion

Ms. Rios entire life is in California. She is a 37-year-old United States citizen who lives in Vista, California, since 1997. She has lived in the United States nearly her entire life. She will continue residing in Vista upon release. Over the years, Ms. Rios has earned an associate degree, attended one year of law school, and has stable employment at Sapphire Pacific as a Residential Care Facility Administrator that she intends on returning to while on bond. She has no prior convictions. Ms. Rios has five children that she will continue supporting. Several of the children are awaiting Ms. Rios's release to be able to enroll in and attend school for the upcoming new school year.

At this time, the only available surety who can sign for a significant bond is Bernard Rios, Ms. Rios's stepfather. Bernard Rios has jumped into action in an effort to post bond for Ms. Rios and has completed all the necessary documents for his surety packet. Bernard Rios has worked at Neil A. Kjos Music Company for the last 11 years, and earns about $6,400 per month. *See* exh. A, Completed Bond Packet (Under Seal). Last year, his 2023 Federal Tax Return included wages in the amount of $78,632.39. *Id.* He owns a home with nearly $400,000 in equity. *Id.* (compare unpaid principal balance with the estimate of the value of the home). Bernard Rios is a present stepfather and will ensure Ms. Rios compliance while she is on bond.

The unopposed requested modifications to Ms. Rios's bond would allow Bernard Rios to act as a sole surety to a significant bond. The increase in the bond amount and the increase in cash deposit would also alleviate the need for an additional surety in this case, while allowing Ms. Rios to be released on bond on conditions that would be tantamount to detention. The parties have worked together

to fashion a modification that would address concerns raised at the detention hearing, while also giving Ms. Rios a realistic opportunity to be released on significant conditions.

### III. Conclusion

While the requested modification decreases the number of sureties, the suggested significant increases to the bond amount and the deposit address the Court's concerns with releasing Ms. Rios on bond. A $50,000 bond secured by Bernard Rios with a $5,000 deposit will ensure Ms. Rios compliance on bond and her appearance in future court dates.

For the foregoing reasons, Ms. Rios respectfully asks the Court to grant this unopposed bond modification request and set bond as: **$50,000 personal appearance bond secured by the signature of one financially responsible and related adult and a $5,000 cash deposit.**

Additionally, Ms. Rios asks the Court to accept Bernard Rios as the surety based on the submitted under seal bond packet and order Ms. Rios released based on the modified conditions.

Respectfully submitted,

Dated:  August 9, 2024

*s/ Payam Fakharara*
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Rios

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A (UNDER SEAL)
BERNARD RIOS SURETY BOND PACKET